No. 98–315. AMERICAN RE-INSURANCE CO. ET AL. *v.* CRAWFORD, INSURANCE COMMISSIONER OF OKLAHOMA, AS RECEIVER OF EMPLOYERS NATIONAL INSURANCE CORP. C. A. 5th Cir. Certiorari denied.

No. 98–320. BASTEK ET AL. *v.* FEDERAL CROP INSURANCE CORPORATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–338. FIELDS *v.* ALBRIGHT, SECRETARY OF STATE. C. A. D. C. Cir. Certiorari denied.

No. 98–363. MOORE ET AL. *v.* TIME WARNER, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–378. STONE ET AL. *v.* NORTH CAROLINA DEPARTMENT OF LABOR ET AL. Sup. Ct. N. C. Certiorari denied.

No. 98–384. DEPARTMENT OF ENERGY ET AL. *v.* NORTHERN STATES POWER CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–426. CITY OF OXNARD ET AL. *v.* JENSEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JENSEN, DECEASED, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–455. GIANELLI MONEY PURCHASE PLAN AND TRUST, GIANELLI, TRUSTEE *v.* ADM INVESTOR SERVICES, INC. C. A. 11th Cir. Certiorari denied.

No. 98–465. KANSAS CITY SOUTHERN RAILWAY CO. *v.* DARDEN ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 98–479. KANSAS CITY SOUTHERN RAILWAY CO. *v.* MCKENNA ET AL. Cir. Ct. Hinds County, Miss. Certiorari denied.

No. 98–480. COMM-CARE CORP. *v.* LOUISIANA TAX COMMISSION ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 98–482. HANLIN *v.* MARTIN ET AL. C. A. 3d Cir. Certiorari denied.